UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HAKEEM MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1458 CDP |
| | ) | |
| KEEFE CORP., et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff's pro se complaint. Plaintiff filed this action with another inmate, Keenan Cofield. *Cofield v. Keefe Corp.*, No. 4:16-CV-1390 RWS (E.D. Mo.). The Court ordered the Clerk to open this case because it does not permit multiple prisoners to proceed jointly under Rule 20 of the Federal Rules of Civil Procedure. The instant complaint does not appear to have been drafted by plaintiff and it contains allegations pertaining to Mr. Cofield. As a consequence, the Court will order plaintiff to submit an amended complaint on the Court's form. Additionally, the Court will require him to submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.

Plaintiff has thirty days from the date of this Order to file an amended complaint in accordance with the specific instructions set forth here. All claims in

the action must be included in one, centralized complaint form. *See* Fed. R. Civ. P. 7(a)(1), 8(a).

**Additionally, plaintiff is warned that the filing of an amended complaint replaces the original complaint and all previously-filed pleadings, so plaintiff must include each and every one of the claims he wishes to pursue in the amended complaint.** *See, e.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). **Any claims from the original complaint, supplements, and/or pleadings that are not included in the amended complaint will be deemed abandoned and will not be considered**. *Id*. **The allegations in the complaint must show how each and every defendant is directly responsible for the alleged harms**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint on the Court's form within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff must file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 16th day of September, 2016.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE